■ EDWARD G. GROSS et al., as Joint Administrators of the Estate of MICHAEL E. GROSS, Deceased, Appellants, v JAMES M. SMITH et al., Defendants, and JERRY PHIBBS, INC., Respondent. — Appeal from an order of the Supreme Court at Special Term (Walsh, Jr., J.), entered September 29, 1981 in Saratoga County, which granted a motion by defendant Jerry Phibbs, Inc., and directed plaintiffs to serve a further bill of particulars or be precluded from offering certain evidence at trial. Order affirmed, with costs. No opinion. Kane, J. P., Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

Main, J., dissents and votes to reverse in the following memorandum. Main, J. (dissenting). I respectfully dissent. This court has recently rejected direct attempts to discover the identity of the expert witness who would testify on behalf of a plaintiff, the subject matter of the expert's testimony, the substance of the facts and opinions to which the expert was expected to testify and a summary of the grounds for each opinion and, in the alternative, a copy of the expert's report (*Thibodeau v Rob Leasing*, 88 AD2d 1085). Under the circumstances prevailing at bar, defendant is not entitled to the requested information (CPLR 3101, subd [d], par 1). While more subtle and somewhat veiled, defendant's requests here seek the opinion of plaintiffs' expert and the basis therefor. Accordingly, the order should be reversed and the motion denied.